UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH TATE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRAD BAGWELL, )<br>PAUL RAVOR, )<br>)<br>Defendants. ) | No. 1:06-cv-783-SEB-VSS |

# E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in the Entry issued on May 19, 2006.

Judgment dismissing this action without prejudice shall now issue.

This disposition does not affect the plaintiff's obligation to pay the filing fee.

**IT IS SO ORDERED.**

Date: 10/02/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana