UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH TATE,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>BRAD BAGWELL,<br>PAUL RAVOR,<br><br>　　　　　　Defendants. | No. 1:06-cv-783-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/02/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joseph Tate
Howard County Jail
1800 W. Markland
Kokomo, IN 46901